MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone: (415) 552-6031
   Facsimile: (415) 436-7234
   Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0679 JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| JOSE CAMPOS, | ) | |
| Defendant. | ) | |

    The parties appeared before the Court on December 19, 2011.  With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 19, 2011 to February 9, 2012 for continuity of counsel and effective preparation of counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 19, 2011 to February 9, 2012, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 19, 2011 to February 9, 2012, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: December 19, 2011          /s/
          PATRICIA SPALETTA
          Special Assistant United States Attorney

DATED: December 19, 2011          /s/
          JODI LINKER
          Counsel for Defendant

SO ORDERED.

DATED: 12/21/11
          THE HON.
          United States

*Judge Joseph C. Spero*