1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CAMPOS
6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,         ) No. CR-11-0679 JSW (JCS)
                                       )
12 |            Plaintiff,              ) STIPULATION AND [PROPOSED]
                                       ) ORDER TO CONTINUE DETENTION
13 |    v.                              ) HEARING
                                       )
14 | JOSE CAMPOS,                      )
                                       )
15 |            Defendant.              )
   |_____)
16

17      The parties jointly request that, subject to the Court's approval, the detention hearing

18 presently set for December 22, 2011 be continued to January 3, 2012 at 9:30 am.

19      Defendant Jose Campos is charged with 8 U.S.C. § 1326, illegal reentry after removal.

20 When the parties appeared for Mr. Campos' initial appearance on Monday, December 19, 2011,

21 they scheduled the matter for a detention hearing on December 22, 2011.  Defense counsel has

22 since realized she is unavailable on December 22, 2011 because she will be at the jail for a

23 presentence report interview.  Additionally, the government has since provided defense counsel

24 with an immigration hold.

25      Accordingly, the parties stipulate that there is good cause under 18 U.S.C. § 3142(f) to

26 continue the detention hearing to January 3, 2012 at 9:30 am before the duty magistrate judge.

*US v. Campos,* CR-11-0679 JSW (JCS);
STIP & [PROPOSED] ORD. TO CONTINUE        1

1  Time under the Speedy Trial Act has already been excluded until February 9, 2012.

2         IT IS SO STIPULATED.

3

4   December 21, 2011                              /s/
    DATED                                TRACIE BROWN
5                                        Assistant United States Attorney

6

7

8   December 21, 2011                              /s/
    DATED                                JODI LINKER
                                         Assistant Federal Public Defender
9

10        IT IS SO ORDERED.

11

12   12/21/11
    DATED                                JOSE___
13                                       United___  Judge Joseph C. Spero

*US v. Campos,* CR-11-0679 JSW (JCS);
STIP & [PROPOSED] ORD. TO CONTINUE         2